UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tammy Renee McDougald, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 23-50561 - PWB |

**DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

Comes now Debtor through undersigned counsel, and moves this Court to Reopen this Chapter 7 case. In support thereof, Debtor shows the Court as follows:

1.

On 1/19/2023, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

This case was closed on 5/23/2023 without issuance of a discharge.

3.

Debtor respectfully requests that her case be reopened for the purpose of filing a Certificate that Debtor has completed the Financial Management Course required for issuance of a discharge.

WHEREFORE, Debtor asks that the case be reopened for the purpose of filing a Certificate that Debtor has completed the Financial Management Course, and for such other relief as this Court deems equitable and just.

Respectfully submitted,
KING & KING LAW LLC

_____ /S/
Seth A. Evans
Attorney for Debtor
GA Bar # 966458
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              ) CHAPTER 7
Tammy Renee McDougald,                              )
                                                    )
         Debtor.                                    ) CASE NO. 23-50561 - PWB

### CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within "Debtor's Motion to Reopen Chapter 7 Case" upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Tammy Renee McDougald
3904 OBrian Ct
Kennesaw, GA 30144

Michael J. Bargar
Chapter 7 Trustee
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

[ATTACHED MAILING MATRIX]

This Tuesday, August 1, 2023

By:_____/S/
Seth A. Evans
GA Bar No. 966458
King & King  LAW LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

```
Label Matrix for local noticing          Michael J. Bargar                         Comenity Capital
113E-1                                   Rountree Leitman Klein & Geer LLC         PO Box 182120
Case 23-50561-pwb                        Century Plaza                             Columbus, OH 43218-2120
Northern District of Georgia             2987 Clairmont Road, Suite 350
Atlanta                                  Atlanta, GA 30329-4435
Tue Aug  1 12:14:02 EDT 2023

Elizabeth M. Cruikshank                  Department of Education                   First Premier
Cruikshank Ersin, LLC                    P.O. Box 7605                             601 South Minnesota Avenue
Suite 680                                Fort Washington, PA 19034                 Sioux Falls, SD 57104-4824
6065 Roswell Road
Atlanta, GA 30328-4011


(p)GEORGIA DEPARTMENT OF REVENUE         IRS                                       Karen King
COMPLIANCE DIVISION                      Centralized Insolvency Op.                King & King Law LLC
ARCS BANKRUPTCY                          P.O. Box 7346                             215 Pryor Street, S.W.
1800 CENTURY BLVD NE SUITE 9100          Philadelphia, PA 19101-7346               Atlanta, GA 30303-3748
ATLANTA GA 30345-3202


Lendmark Financial                       Tammy Renee McDougald                     Office of the United States Trustee
1745 Hwy 138                             3904 OBrian Ct NW                         362 Richard Russell Building
Suite A-3                                Kennesaw, GA 30144-5259                   75 Ted Turner Drive, SW
Conyers, GA 30013-5710                                                             Atlanta, GA 30303-3315


PRA Receivables Management, LLC          Pink Dogwood 13, LLC                      Progress Residential
PO Box 41021                             PO BOX 1931                               215 W 125th St
Norfolk, VA 23541-1021                   Burlingame, CA 94011-1931                 Suite 410
                                                                                   New York, NY 10027-4426


Progress Residential                     Synchrony Bank                            United States Attorney
7720 N. Dobson Road                      c/o PRA Receivables Management, LLC       Northern District of Georgia
Scottsdale, AZ 85256-2740                PO Box 41021                              75 Ted Turner Drive SW, Suite 600
                                         Norfolk, VA 23541-1021                    Atlanta GA 30303-3309


Ws Badcock Corp                          Yamasa Co. Ltd.
Ste 800                                  P.O. Box 4300
544 Mulberry St                          Scottsdale, AZ 85261-4300
Macon, GA 31201-8261
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Georgia Department of Revenue            End of Label Matrix
1800 Century Blvd NE Suite 9100          Mailable recipients    19
Atlanta, GA 30321                        Bypassed recipients     0
                                         Total                  19
```